```
DENNIS S. WAKS, #142581
Acting Federal Defender

MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PATRICK MICHAEL TOOMBS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,       )<br>                              )<br>     v.                       )<br>                              )<br>PATRICK MICHAEL TOOMBS,       )<br>                              )<br>            Defendant.        )<br>_____)  | No. CR-S-06-0025 GEB<br><br>STIPULATION AND [PROPOSED] ORDER<br>CONTINUING STATUS CONFERENCE<br><br>Date:  February 3, 2006<br>Time:  9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

    Plaintiff United States of America, by its counsel, Christine Watson, Assistant United States Attorney, and defendant Patrick Michael Toombs, by his counsel, Assistant Federal Defender Matthew Bockmon, hereby stipulate and agree that the status conference currently calendered for January 27, 2006 should be continued to Friday, February 3, 2006 at 9:00 a.m..

    This continuance is requested to allow defense counsel time to prepare, obtain outstanding discovery from the government, and to conduct a factual investigation of the case.

    IT IS FURTHER ORDERED that the period from the date of the

1 signing of this order to February 3, 2006 be excluded in computing the
2 time within which trial must commence under the Speedy Trial Act,
3 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
4 continuity and preparation of counsel.

5 Dated: January 26, 2006

Respectfully submitted,

DENNIS S. WAKS
Acting Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
PATRICK MICHAEL TOOMBS

12 Dated: January 26, 2006

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon   for
_____
CHRISTINE WATSON
Assistant United States Attorney
per telephonic authorization

**O R D E R**

19 FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

20 Dated: February 1, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge