1  DANIEL J. BRODERICK, #89424
   Acting Federal Defender
2
   MATTHEW C. BOCKMON, Bar #161566
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   PATRICK MICHAEL TOOMBS
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,        )  No. CR-S-06-0025 GEB
                                     )
13                Plaintiff,         )
                                     )  STIPULATION AND [PROPOSED] ORDER
14       v.                          )  CONTINUING STATUS CONFERENCE
                                     )
15  PATRICK MICHAEL TOOMBS,          )
                                     )  Date:  March 3, 2006
16                Defendant.         )  Time:  9:00 a.m.
                                     )  Judge: Garland E. Burrell, Jr.
17  _____    )

18

19       Plaintiff United States of America, by its counsel, Christine

20  Watson, Assistant United States Attorney, and defendant Patrick

21  Michael Toombs, by his counsel, Assistant Federal Defender Matthew

22  Bockmon, hereby stipulate and agree that the status conference

23  currently calendered for February 24, 2006 should be continued to

24  Friday, March 3, 2006 at 9:00 a.m..

25       This continuance is requested because defense counsel will be out

26  of the district.

27       IT IS FURTHER ORDERED that the period from the date of the

28  signing of this order to March 3, 2006 be excluded in computing the

time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: February 15, 2006

                Respectfully submitted,

                DANIEL J. BRODERICK
                Acting Federal Defender

                /s/ Matthew C. Bockmon
                _____
                MATTHEW C. BOCKMON
                Assistant Federal Defender
                Attorney for Defendant
                PATRICK MICHAEL TOOMBS

Dated: February 15, 2006

                MCGREGOR W. SCOTT
                United States Attorney

                /s/ Matthew C. Bockmon  for
                _____
                CHRISTINE WATSON
                Assistant United States Attorney
                per telephonic authorization

**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: February 21, 2006

                /s/ Garland E. Burrell, Jr.
                GARLAND E. BURRELL, JR.
                United States District Judge